UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL TEKLEMARIAM HAGOS,

        Plaintiff,

   v.

SUZANNE MARIE PARTON, *et al.*,

        Defendants.

Case No. C19-1733-RSM-MLP

REPORT AND RECOMMENDATION

## I.    INTRODUCTION

On October 25, 2019, Plaintiff Daniel Hagos submitted a proposed § 1983 civil rights complaint. (Dkt. # 1). On October 28, 2019, the Clerk of the Court advised Plaintiff that he was required to either submit an application to proceed *in forma pauperis* ("IFP") or pay the required filing fee. (Dkt. # 3.) On November 7, 2019, Plaintiff submitted an IFP application. (Dkt. # 4.) On November 8, 2019, the Clerk mailed Plaintiff a letter advising that he had until December 9, 2019 to provide a prison trust account statement showing transactions for the last six months, as the statement he submitted only showed transactions through August 2019. (Dkt. # 5.) The Clerk's letter advised that failure to fix this deficiency could result in dismissal of this matter. (*Id.*) On November 15, 2019, that letter was returned as undeliverable, and it appears Plaintiff is

REPORT AND RECOMMENDATION - 1

no longer in custody. (Dkt. # 6.) On December 12, 2019, the Court ordered Plaintiff to show cause why this matter should not be dismissed and to notify the Court of his current address as required by Local Civil Rule 41(b)(2). (Dkt. # 7.) To date, Plaintiff has not responded to the Clerk's letter or the Court's order to show cause. Because Plaintiff has not provided a prison trust account statement showing transactions for the last six months or notified the Court of his current address within 60 days since his mail was first returned as undeliverable, the Court recommends this matter be DISMISSED without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **January 31, 2020**.

Dated this 16th day of January, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2