UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL TEKLEMARIAM HAGOS,

        Plaintiff,

    v.

SUZANNE MARIE PARTON, et al.,

        Defendant.

Case No. C19-1733 RSM

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    This action is dismissed for failure to prosecute.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 31st day of January 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1